**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**EDDIE LEE MCCLENDON**                                              **PLAINTIFF**

**VS.**                               **5:17-cv-00094-BRW**

**DALE REED,** *et al.*                                              **DEFENDANTS**

**ORDER**

Based on the order entered today, this case is DISMISSED without prejudice.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 23rd day of May, 2017.

                                                        /s/ Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE